707 A.2d 1138

**COMMONWEALTH of Pennsylvania, DEPARTMENT OF TRANSPORTATION, BUREAU OF DRIVER LICENSING, Petitioner,**

v.

**Larry A. PRESNAR, Respondent.**

Supreme Court of Pennsylvania.

March 31, 1998.

Timothy P. Wile, Harrisburg, for petitioner.

AND NOW, this 31st day of March, 1998, the petition for allowance of appeal is denied in accordance with this Court's

decision in *Sullivan v. Commonwealth of Pennsylvania, Department of Transportation, Bureau of Driver Licensing,* 550 Pa. 639, 708 A.2d 481 (1998).